

**SIGNED THIS 29th day of August, 2023**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE: **SAVANNAH M COOKE** | CHAPTER 13 |
| SS # xxx-xx-0363 | CASE NO. **22-50207** |
| Debtor | |

****AMENDED****

(Changed to Increase Plan Payments)

### ORDER DIRECTING PAYMENT OF FUNDS TO CHAPTER 13 TRUSTEE
### (Automatic Payment From Employer)

The above-named Debtor(s) filed a Chapter 13 petition on **May 16, 2022**, hereupon subjecting all wages and property of the debtor wheresoever situated, while this case is pending, to the jurisdiction of this Court.

Pursuant to 11 U.S.C. Section 1326(a)(1), it is

### O R D E R E D:

That **UNITED PARCEL SERVICE, 74 Expo Road, Fishersville, VA 22939**, employer of Debtor, is hereby directed to pay to the duly appointed Trustee the sum of **$1,605.00/month** commencing with the next pay period on or before **September 1, 2023.** All payments should be made payable to **ANGELA M SCOLFORO, TRUSTEE, P. O. BOX 1961, Memphis, TN 38101-1961**  (tel: **(434) 817-9913**).

Such employer is directed to withhold said sum from the Debtor's wages, after deducting the amount necessary to pay withholding and social security taxes, pensions, hospitalization, retirement funds, and union dues, if any, and to forward said sum to the Trustee.   The sum may be accumulated and remitted monthly to the Trustee, all pursuant to 11 U.S.C. Section 1325 (b).

      Copies of this order are directed to be mailed to the Debtor(s), counsel for the Debtor(s), the Trustee, and to the Debtor(s) employer.

**END OF ORDER**

Presented by:

/s/ *William Harville*

William Harville  
VA Bar Number: 19802  
The Law Office of William Harville  
327 W. Main Street #3  
Charlottesville, VA 22903  
(434) 483-5700  
william@vabklaw.com